# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1821

_____

Stafon Edward Thompson

*Petitioner - Appellant*

v.

Tom Roy, Commissioner of Corrections

*Respondent - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 10, 2015
Filed: April 22, 2016
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

The United States Supreme Court granted certiorari in this case, vacated the judgment, and remanded the case to our court for further proceedings. We now vacate the opinion and judgment we entered in this case and remand with directions for the district court to reconsider Thompson's request for § 2254 relief in light of the

United States Supreme Court decision in *Montgomery v. Louisiana*, 577 U.S. ---, 136 S. Ct. 718 (2016).

_____